1172

No. 04–8033. BROCK v. DONNELLY. C. A. 2d Cir. Certiorari denied.

No. 04–8037. COE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8042. DELACRUZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–8044. CRUZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–8049. CHONG, AKA LAMBERT, AKA CHUNG v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8054. MENDEZ-MORALES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–8056. WYATT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8058. ALLEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8059. LOPEZ BOBADILLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–8060. LEFKOWITZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–8061. COLEMAN-BEY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04–8062. LEWIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8069. MOORE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–8070. MOORE v. EXXON MOBIL CORP., FKA MOBIL OIL CORP. C. A. 5th Cir. Certiorari denied.

No. 04–8077. BROWN v. ILLINOIS LABOR RELATIONS BOARD PANEL ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.